STATE FARM FIRE & CASUALTY
COMPANY; State Farm Lloyds,
Plaintiffs–Appellees,

v.

James L. BLYTHE; et al, Defendants

James L. Blythe, Defendant–Appellant.

No. 01–11362.

United States Court of Appeals,
Fifth Circuit.

Decided Aug. 26, 2004.

Alan L. Busch, Greg Thomas Kinskey, Gerard, Singer & Levick, Addison, TX, for Plaintiffs–Appellees.

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under

John E. Agnew, Burleson, Pate & Gibson, Dallas, TX, for Defendant–Appellant.

Before DAVIS, EMILIO M. GARZA, and PRADO, Circuit Judges.

PER CURIAM: *

After careful review of the record and considering the briefs of the parties and argument of counsel, we are satisfied that the district court committed no reversible error. We therefore affirm the judgment of the district court for essentially the reasons stated in its careful Memorandum Opinion and Order of September 18, 2001.

AFFIRMED.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.